IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM L. DAVIS, JR., | ) |
| | ) Case No. CV 07-435-S-EJL |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER OF DISMISSAL** |
| | ) |
| DENNIS CLARK, PATRICK WILSON, JIM BAKER, GEORGE SILVER, and JERRY MARTINEZ, | ) |
| | ) |
| Defendants. | ) |

The parties having signed a Stipulation (Docket No. 56) IT IS ORDERED that the above-caption matter is dismissed with prejudice and each party to bear its own costs and attorneys fees.

DATED: **May 12, 2010**

Honorable Edward J. Lodge
U. S. District Judge